IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PHILADELPHIA COCA-COLA BOTTLING COMPANY, : : : | |
| Petitioner, : : | |
| v.  : : | C.A. NO. 02-CV-3664 |
| UNITED BROTHERHOOD OF TEAMSTERS LOCAL NO. 830, : : : | |
| Respondent. : | |

## ORDER

AND NOW, this ___ day of _____, 200__, upon consideration of the Motion to Dismiss filed by Respondent Teamsters Local Union No. 830, International Brotherhood of Teamsters, AFL-CIO, and the response thereto, it is hereby ORDERED and DECREED that the Complaint of Petitioner is dismissed with prejudice for failure to state a claim pursuant to Rule 12(b)(6).

BY THE COURT:

_____
, J.