IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PHILADELPHIA COCA-COLA BOTTLING COMPANY, : : : | CIVIL ACTION |
| Plaintiff, : : | NO. 02-3664 |
| v. : : | (JUDGE YOHN) |
| UNITED BROTHERHOOD OF TEAMSTERS, LOCAL NO. 830, : : : | |
| Defendant. : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to settlement, the parties, The Philadelphia Coca-Cola Bottling Company and the International Brotherhood of Teamsters Local No. 830, by and through their counsel, hereby stipulate and request that the Court hereby dismiss this matter with prejudice, and without costs being assessed against any party pursuant to Federal Rule of Civil Procedure 41(a)(1).

STEVENS & LEE                                              JENNINGS SIGMUND

_____                _____
Michael G. Tierce                                           Stephen Holroyd
Lisa M. Scidurlo                                             Counsel for United Brotherhood of Teamsters,
Counsel for The Philadelphia Coca-Cola        Local No. 830
Bottling Company                                           510 Walnut Street, 16th Floor
1818 Market Street, Suite 2900                     Philadelphia, PA  19106
Philadelphia, PA  19103                                 (215) 351-0670
(215) 575-0100

Dated: _____             Dated: _____

APPROVED AND SO ORDERED THIS _____ DAY OF _____, 2002

SL1 313179v1/25995.010

SL1 313179v1/25995.010